Angel Rancho Aurelato #27921031
400 Huy Terrace
Leavenworth, KS. 66048

CLERK OF THE COURTHOUSE
500 State Av.
Kansas City KS, 66101-2400

Legal Mail

NOTICE: This Correspondence was mailed from a correctional institution its contents are uncensored.

NOTICE: This Correspondence was mailed from a correctional institution its contents are uncensored.

KANSAS CITY 646
15 OCT 2019 PM

RECEIVED
OCT 17 2019
CLERK U.S. DISTRICT COURT
KANSAS CITY, KANSAS